court, and such decisions cannot prevail as against the unmistakable legislative intent.

As to the second item, we are aware of no statutory provision authorizing the allowance of amounts paid to sureties on appeal bonds. In the absence of such provision, the clerk was clearly right in disallowing the item, even though the amount stated was paid by the appellant to a duly incorporated indemnity company.

The clerk's taxation is affirmed.

GARRIGAN v. HUNTIMER *et al.*

(Opinion filed Oct. 7, 1903.)

Appeal from circuit court, Minnehaha county. Hon. JOSEPH W. JONES, Judge.

Action by Mary Garrigan against Joe Huntimer and others. From a judgment for plaintiff, defendants appeal. Reversed.

*Robertson & Dougherty* and *Kittredge, Winans & Scott*, for appellants.

*Joe Kirby*, for respondent.

HANEY, P. J. For the reason stated in Garrigan v. Thompson 17 S. D. 132, 95 N. W. 294, the judgment in this action is reversed, and a new trial ordered.